FILED

17 JAN 10 AM 9:38

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FRANCISCO BARRON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DANIEL PARAMO,<br><br>　　　　　　　　Defendant. | Case No.: 3:14-cv-01968-BEN-DHB<br><br>**ORDER DENYING MOTION TO VACATE** |

Petitioner Luis Francisco Barron ("Petitioner"), a state prisoner proceeding *pro se*, brought this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 ("Petition"), challenging his state court conviction for first degree murder. (Docket No. 1.) On October 5, 2015, Honorable Magistrate Judge David H. Bartick issued a thoughtful and thorough Report and Recommendation ("Report") recommending the Petition be denied it its entirety. (Docket No. 23.) On January 12, 2016, this Court adopted the Report and denied the Petition in its entirety. (Docket No. 25.)

///
///
///
///
///

Petitioner now seeks a Motion to Vacate the Court's January 12, 2016, Order.[1] For the reasons stated below, the Court **DENIES** the motion.

Petitioner asks this Court to vacate its previous order under Rule 60(b)(1) of the Federal Rules of Civil Procedure. (Docket No. 34.) Under Rule 60(b)(1), a district court may relieve a party from a final judgment, order, or proceeding for "mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. P. 60(b)(1). "These grounds generally require a showing that events subsequent to the entry of the judgment make its enforcement unfair or inappropriate, or that the party was deprived of a fair opportunity to appear and be heard in connection with the underlying dispute." *In re Wylie*, 349 B.R. 204, 209 (B.A.P. 9th Cir. 2006). None of these grounds applies here; Petitioner presents no newly discovered evidence to justify the vacating of the Court's order. In short, Petitioner merely seeks for this Court to change its mind in Petitioner's favor.

Petitioner's Motion to Vacate (Docket No. 34) is therefore **DENIED**.

**IT IS SO ORDERED.**

DATED: January 6, 2017

HON. ROGER T. BENITEZ
United States District Judge

---

[1] In his Motion, Petitioner states a request for the Court to "vacate the Court's previous order to close this case and dismiss the proceeding." (Docket No. 34.) The Court assumes Petitioner is referring to its January 12, 2016, Order (Docket No. 25), denying the Petition in its entirety, resulting in dismissal of his case.